Exhibit A

**FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM**
NYSCEF DOC. NO. 1

INDEX NO. 159824/2019
RECEIVED NYSCEF: 10/08/2019

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------X
DR. GINA LOUDON,

        Plaintiff,

                          **SUMMONS**

-against-                    Venue is based on CPLR §503(a)

THE DAILY BEAST COMPANY, LLC,
IAC/INTERACTIVECORP d/b/a THE
DAILY BEAST and TANYA BASU,

        Defendants.

------------------------------------------------X

To the above-named Defendants,

      **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's attorneys Gerstman Schwartz LLP, within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if the summons is not personally delivered to you within the State of New York); and in the case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated:  Garden City, New York
       October 8, 2019

                        Respectfully submitted,

                        **GERSTMAN SCHWARTZ, LLP**

By: _____
                    David M. Schwartz, Esq.
                    1399 Franklin Avenue, Suite 200
                    Garden City, New York 11530
                    Tel. No.: (516) 880 – 8170
                    dschwartz@GerstmanSchwartz.com
                    *Attorneys for Plaintiff*

TO:   THE DAILY BEAST COMPANY, LLC
      555 West 18th Street
      New York, New York 10011

1

FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM

NYSCEF DOC. NO. 1

INDEX NO. 159824/2019

RECEIVED NYSCEF: 10/08/2019

IAC/INTERACTIVECORP d/b/a THE DAILY BEAST
555 West 18th Street
New York, New York 10011

TANYA BASU
c/o IAC/INTERACTIVECORP d/b/a THE DAILY BEAST
555 West 18th Street
New York, New York 10011

2

**FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM**        INDEX NO. 159824/2019

NYSCEF DOC. NO. 1                                        RECEIVED NYSCEF: 10/08/2019

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------X
DR. GINA LOUDON,

              Plaintiff,                              **INDEX NO.**

                                          **COMPLAINT**

       -against-

THE DAILY BEAST COMPANY, LLC,
IAC/INTERACTIVECORP d/b/a THE
DAILY BEAST and TANYA BASU,

              Defendants.

------------------------------------------------X

       Plaintiff Dr. Gina Loudon, individually, ("Plaintiff" or "Dr. Loudon"), by and through

her attorneys, Gerstman Schwartz LLP, as and for her Complaint against The Daily Beast

Company, LLC, IAC/Interactivecorp d/b/a The Daily Beast, and Tanya Basu hereby allege as

follows:

## PRELIMINARY STATEMENT

    1.  This is an action for an intentional tort arising from Defendants' malicious and deliberate

publication of false information regarding Plaintiff, accusing her, *inter alia*, of not having a

psychology degree, which she does in fact possess. Defendants knowingly and maliciously acted

in a manner likely to be injurious to Plaintiff's reputation. Defendants' actions were outrageous,

irresponsible and despicable.

    2.  The intentional actions of Defendants caused Plaintiff to suffer a loss of her reputation,

spoiling of her brand, loss of income and revenue, shame, mortification, and immense

psychological and physiological harm, in addition to embarrassment, after being subjected to

Defendants' false and egregious allegations.

3

**FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM**
NYSCEF DOC. NO. 1

INDEX NO. 159824/2019
RECEIVED NYSCEF: 10/08/2019

3. Since time immemorial, it has been well understood that "[a] good name is rather to be chosen than great riches." Proverbs 22:1.[1]

4. Here, the Plaintiff has suffered general and special damages due to the Defendants' intentionally deceptive and bombastic language intended to mislead readers and discredit her by falsely refuting or casting doubt upon credentials she actually possesses.

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction over this action pursuant to Section 140-b of the New York Judiciary Law, which provides that the Supreme Court of New York has general jurisdiction.

6. Venue is properly laid in this Court as Defendant Daily Beast is a resident of New York County. Additionally, CPLR §503(a) also allows that "the place of trial shall be in the county...in which a substantial part of the events or omissions giving rise to the claim occurred..."

## PARTIES

7. At all times herein referenced, Plaintiff Dr. Gina Loudon was and is still an individual residing in the State of Florida and County of Palm Beach.

8. At all times herein referenced, Defendant The Daily Beast Company, LLC ("Daily Beast"), was and is a foreign limited liability company organized and operating under and by virtue of the laws of the State of Delaware, with its principal place of business located at 555 West 18th Street, New York, New York 10011.

9. At all times herein referenced, Defendant IAC/INTERACTIVECORP d/b/a The Daily Beast ("IAC") was and is a foreign corporation incorporated and operating under and by virtue of

---

[1] The Honorable Phillip S. Stranieri in Technovate LLC v Fanelli 2015 NY Slip Op 51349 cited to Proverbs 22:1 before holding that this "court has determined that defendant's statements in regard to his honesty … qualified as defamation per se entitling him to general damages without proof of special harm….there is no need to produce evidence which assigns an actual dollar value to the injury"

4

FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM
NYSCEF DOC. NO. 1

INDEX NO. 159824/2019
RECEIVED NYSCEF: 10/08/2019

the laws of the State of Delaware, with its principal place of business located at 555 West 18th Street, New York, New York 10011, and publicly listed on the Nasdaq stock exchange located in New York City.

10. The Daily Beast owns, operates, controls and publishes an online news outlet that disseminates information via the worldwide web.

11. At all times herein referenced, Defendant Tanya Basu was and is employed by the Defendant Daily Beast as a writer whose address is currently unknown.

12. Defendants are hereinafter collectively referred to as either "Defendants" or "Defendant Daily Beast."

13. Defendant Daily Beast, as an employer, is liable for the actions of Defendant Tanya Basu under the doctrine of *respondeat superior*, as she was an employee acting within the course and scope of her employment.

## FACTUAL BACKGROUND

14. Dr. Loudon is an author, news anchor, columnist and television personality who has enjoyed mainstream popularity as a surrogate for Trump's presidential campaign. Dr. Loudon was also named "top 50 Best Conservative Columnists" of 2016.

15. On or about October 10, 2018, Defendants published an article on its website deceptively titled *Trump Adviser Gina Loudon's Book Claims She Has a Ph.D. in Psychology. She Doesn't."* (the "Article"). *See* October 10, 2018 Daily Beast Article, annexed hereto as **Exhibit A**.

16. Dubbing the Article in this manner was intended to be salacious and incendiary, reflecting both the writer's and the Defendants' malice toward Dr. Loudon because of her association with President Trump. Following this lede is a sub-caption: *"Gina Loudon's book jacket proclaims she's 'America's favorite psychological expert.' The problem? She doesn't have the credentials to*

5

**FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM**
NYSCEF DOC. NO. 1

INDEX NO. 159824/2019
RECEIVED NYSCEF: 10/08/2019

*be one."* This is unequivocally false.

17. The foregoing statements, alone, are false, defamatory and intentionally misleading averments about Dr. Loudon.

18. The writer and publisher then double-down as follows: "*Loudon, who worked as a surrogate for the Trump campaign and frequently appears on the airwaves to defend the president, obtained a Ph.D in a field called 'human and organization systems' from an **online school** called Fielding Graduate University. Loudon, 58, who often refers to herself as 'Dr. Gina,' **does not have a psychology degree or license**.*" Exhibit A (emphasis supplied).[2]

19. Each jot of this sentence drips with the malice and disdain held by the Defendants toward the Plaintiff and instructs their reckless disregard of the truth. In point of fact, when <u>Doctor</u> Loudon attended Fielding Graduate University in Santa Barbara, California from 1995 until 1999, Fielding Graduate University was exclusively a brick and mortar graduate university; thus, referencing its current distance learning focus is beyond gratuitous, false and intentionally misleading.[3]

20. Even rudimentary due diligence would have afforded the publisher of this hit piece with this information. Clearly, referencing the university as an "online school" was intended to discredit <u>Doctor</u> Loudon,[4] as was the indication that she has no right to "*refer*" to herself as "<u>Doctor</u> Loudon" when etiquette, custom and common place practice in fact dictate otherwise:

---

[2] Dr. Gina Loudon is also not 58. She was born in 1968. This is so slipshod it looks purposeful.

[3] https://www.globenewswire.com/news-release/2004/11/18/319098/68014/en/Fielding-Becomes-Fielding-Graduate-University-Reflecting-Growth-and-Global-Reach.html "One of the largest Ph.D Clinical Psychology programs in the U.S." See also https://www.u-s-history.com/pages/h3660.html

[4] Maligning Fielding Graduate University is problematic for other reasons including the fact that the university has been named one of the Top 100 Graduate Degree Producers for Minorities by Diverse Issues in Higher Education Magazine. "Top 100 Degree Producers: Graduate and Professional". Diverse Issues in Higher Education. Retrieved 2015-08-07. At the time Dr. Gina attended Fielding classes were held in buildings in various parts of the country. She attended classes in Boston, Santa Barbara and Chicago. This allowed students to choose their mentors and doctoral committees from the best of the best. Dr. Gina chose hers from Harvard. This was a pioneering program for its time. Today these are often known as 'Executive Programs' and all major Ivy League Universities offer such programs for working professionals seeking post grad degrees.

6

FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM    INDEX NO. 159824/2019
NYSCEF DOC. NO. 1                                      RECEIVED NYSCEF: 10/08/2019

[s]ocially as well as professionally, medical doctors, dentists, and other professionals are addressed by, and introduced with, their titles. People who have earned a Ph.D. or any other academic, nonmedical doctoral degree have the choice of whether to use "Dr." both professionally and socially. If, when meeting people with doctorates, you're unsure how to address them, "Dr." is always correct. If they'd rather the title be dropped, they will let you know. <u>Professional    Titles</u>    –    Emily    Post    Institute    (*See* www.EmilyPost.com).

21. In point of fact, *Accuracy in the Media* has rather emphatically debunked these statements and implications that Doctor Loudon is not a Doctor, emphasizing that "<u>Yes, Dr. Gina Is a Real Doctor</u>", and further describing the attempts to assail her credentials as born of animus, rather than truth, simply because Defendant Basu does not like or agree with Dr. Loudon's opinions.[5]

22. It is equally fallacious for Defendants to state that Dr. Gina Loudon does not have a psychology degree. In point of fact, Dr. Loudon holds a bachelor's degree in…(wait for it)… yes, *Psychology*, a master's degree in Education (with course work in counseling theory, group counseling, practice in counseling, and personality development, among others), a master's degree in Organization Development, and, again, a PhD in Human and Organization Systems, a subset of psychology (with course work in social psychology and human learning and motivation). Indeed, Dr. Loudon's entire education is grounded in the field of psychology. To even imply otherwise is the height of dishonesty. Dr. Loudon even managed to graduate with top honors and/or distinctions at all universities she attended. *See* Dr. Loudon's academic degrees and university transcripts, annexed hereto as **Exhibit B**.[6]

---

[5] https://www.aim.org/aim-column/dr-gina-real-doctor/

[6] Dr. Gina's first Master's from SLU was Counseling Ed through the Education Department. She has a second Master's Degree in Organization Development analogous to Industrial Psychology. Virtually all the coursework was in psychological theory and practice, as well as the internship and practicum. She finally received a replacement diploma. Her second Master's Degree and PhD are both through the Human and Organizational Development Program at Fielding University. Virtually all of her coursework is psychological or scientific research based. She has a total of four degrees from three different, fully accredited universities, with top grades in all psychological fields. Inicentally she was the the first female president of Psi Chi, the National Psychological Honor Society at her university. She graduated with top honors and/or distinction at all universities, as well.

7

**FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM**
NYSCEF DOC. NO. 1

INDEX NO. 159824/2019
RECEIVED NYSCEF: 10/08/2019

23. In fact, even rudimentary journalistic research would have divulged that Dr. Loudon's PhD dissertation was focused on the discipline of…*Psychology*. Specifically, Dr. Loudon's dissertation was predicated on her own original theory developed by contrasting Sternberg's psychological theory of love with the Maslowian hierarchical needs, and then applying it hermeneutically to existing data on relationships.[7]

24. For the record, Dr. Robert Sternberg, a member of the *Psychology* Department at Yale University, promulgated a triangular theory including an intimacy, passion and decision-commitment component, whereas Dr. Abraham Maslow was a *psychologist* and the founder of the school of thought known as humanistic *psychology*. Dr. Maslow's hierarchy of needs is the foundation to both humanistic *psychology* and cognitive behavioral theory. A respected adjunct Professor from Harvard University oversaw Dr. Gina's dissertation and she incidentally graduated from Fielding University with a 3.957 GPA. *See* Exhibit B.

25. The described content maliciously creates the false impression that Dr. Loudon has misrepresented her credentials, the Article gratuitously, and quite deliberately, creates a further misimpression that Dr. Loudon in her book purports to have conducted a "psychological assessment," then cites to "experts" who suggest that this was improper, even though Dr. Loudon very clearly states that she utilizes science, real life data and true psychological theory for support, and that she never took a one-on-one psychological assessment. This misdirection by the publication acts to compound the previously delineated falsehoods and misimpressions, and are clearly intentional and malicious.

26. Defendants' statements are therefore patently and unequivocally false. Had Defendants employed even perfunctory research into Dr. Loudon's background, they would have quickly

---

[7] https://www.conservativebookclub.com/profile/gina-loudon

8

FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM

NYSCEF DOC. NO. 1

INDEX NO. 159824/2019

RECEIVED NYSCEF: 10/08/2019

discovered that their assertions were outright wrong. Defendants' reckless disregard for the truth displayed by the expressly false statements—and, indeed, the tenor of the Article as a whole—make it apparent that Defendants' intent was to maliciously discredit Dr. Loudon for her political views, irrespective of—and perhaps in spite of—the truth. Indeed, Plaintiff made numerous and repeated demands to the Daily Beast to remove the false, defamatory and libelous statements from its website; however, the Daily Beast refused and failed to do so.

27. At no time prior to, during, or after the publication of these false allegations did Dr. Loudon ever authorize or consent to the disclosure of these false statements, editing of the Article, or the dissemination, publication or exploitation of the Article in any manner whatsoever. To the contrary, Dr. Loudon finds the publishing of these false allegations to the internet to be outrageous and egregious.

28. Numerous additional media outlets have found the Article posted on Defendants' website and posted links to it, thereby perpetuating the lies and exposing millions of people to the false allegations made against Dr. Loudon. As a natural and foreseeable consequence, Defendants were unjustly enriched insofar as a massive audience was drawn to its website, allowing Defendants to reap tremendous revenue and profits. Such benefits are a direct result, and clearly to the detriment, of the reputation and goodwill of Dr. Loudon.

29. As a natural and foreseeable consequence of Defendants' actions, Dr. Loudon's goodwill, commercial value and personal brand have been substantially and irreparably damaged. The commercial value of Plaintiff's name, image, identify and persona has been, and continues to be, substantially diminished by Defendants' actions including, but not limited to, the unauthorized posting, publication, distribution and dissemination of false statements made against Plaintiff, which have been received unfavorably by the public and by the Article's negative portrayal of

9

FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM
NYSCEF DOC. NO. 1

INDEX NO. 159824/2019
RECEIVED NYSCEF: 10/08/2019

Plaintiff. Defendants' conduct has irreparably damaged Plaintiff's reputation and brand, which Plaintiff has work tirelessly over the course of many years to develop.

30. In addition to the foregoing, Plaintiff has suffered, and continues to suffer, tremendous psychological distress and embarrassment. Her life was abruptly interrupted by the unlawful actions of the Defendants including the continued display of the Article on Defendants' website.

31. Defendants' conduct manifests a knowing and/or reckless disregard for the falsity of the statements contained in the Article, as well as a depraved indifference for Plaintiff's emotional wellbeing. Had Defendants simply researched the allegations contained in the Article before prematurely publishing it, the Article would never have been published. But Defendants failed to perform even basic due diligence, and, therefore, had no reasonable basis to publish the myriad false statements contained in the Article.[8]

32. Plaintiff believes and alleges thereon that unless enjoined and restrained, the Defendants will continue to publish, distribute and disseminate the Article, despite Plaintiff's numerous and repeated demands that Defendants cease and desist from doing so. The continued publication of such false, defamatory and libelous statements will continue to cause Plaintiff severe emotional distress and other irreparable harm for which there is no adequate remedy at law.

## FIRST CAUSE OF ACTION
### Defamation-Libel

33. Plaintiff incorporates each and every allegation of this complaint and re-alleges them as though they were fully set forth herein.

34. Plaintiff is an author, news anchor, columnist and television personality who has enjoyed mainstream popularity as a surrogate for Trump's presidential campaign. Plaintiff was also named

---

[8] Others have written books calling into question the President's fitness for office or mental health who had no psychology training and the Daily Beast championed their books and their message. This highlights that the Daily Beast has an ideological axe to grind and ox to gore and no interest in the truth. This exposes their actions as malicious reflecting a reckless disregard for truth.

10

FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM

NYSCEF DOC. NO. 1

INDEX NO. 159824/2019

RECEIVED NYSCEF: 10/08/2019

"top 50 Best Conservative Columnists" of 2016.

35. On or around October 10, 2018, Defendants deliberately sought to damage and destroy Plaintiff's reputation and personal wellbeing by deliberately, knowingly and/or recklessly posting, publishing, and disseminating an Article containing false statements accusing Plaintiff of not being a degreed Doctor and claiming that Plaintiff lied about her credentials on numerous occasions. This is patently and unequivocally false.

36. The Article referred to Plaintiff by name throughout, was made of and concerning the Plaintiff, and was so understood by those who read the Article.

37. Each and every statement accusing Plaintiff of not being a Doctor and of having no education or training in psychology is entirely false as it pertains to Plaintiff.

38. The Defendants' Article was libelous on its face insofar as it clearly exposes Plaintiff to hatred, contempt, ridicule and obloquy because it accuses Plaintiff of lying about her credentials as a Doctor and her education, training and experience in the field of psychology.

39. The Article was seen and read from on or about October 10, 2018, and through to the present day, by millions of people around the world via the internet.

40. As a proximate result of the above-described publication, Plaintiff has suffered a loss of her reputation, spoiling of her brand, loss of income and revenue, shame, mortification, and injury to her feelings, all to her damage and detriment in a total amount to be established by proof at trial.

41. The above-described publication is not privileged because it was published by Defendants with malice, hatred, and ill will toward Plaintiff and the desire to injure her. Because of Defendants' malice in publishing these false statements, Plaintiff seeks punitive damages in the amount of $1 million or a total amount to be established by proof at trial.

11

FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM
NYSCEF DOC. NO. 1

INDEX NO. 159824/2019
RECEIVED NYSCEF: 10/08/2019

## SECOND CAUSE OF ACTION
### Defamation-Libel *Per Se*

42.     Plaintiff incorporates each and every allegation of this complaint and re-alleges them as though they were fully set forth herein.

43.     Plaintiff is an author, news anchor, columnist and television personality who has enjoyed mainstream popularity as a surrogate for Trump's presidential campaign. Plaintiff was also named "top 50 Best Conservative Columnists" of 2016.

44.     On or around October 10, 2018, Defendants deliberately sought to damage and destroy Plaintiff's reputation and personal wellbeing by deliberately, knowingly and/or recklessly posting, publishing, and disseminating an Article containing false statements accusing Plaintiff of not being a degreed Doctor and claiming that Plaintiff lied about her credentials on numerous occasions. This is patently and unequivocally false.

45.     The Article referred to Plaintiff by name throughout, was made of and concerning Plaintiff, and was so understood by those who read the Article.

46.     The entire statement accusing Plaintiff of not being a Doctor is completely false as it pertains to Plaintiff.

47.     The Defendants' Article was libelous on its face insofar as it clearly exposes Plaintiff to hatred, contempt, ridicule and obloquy because it accuses Plaintiff of having lied about her credentials as a Doctor and her education, training and experience in the field of psychology.

48.     The Article was seen and read from on or about October 10, 2018, and through to the present day, by millions of people all around the world, via the internet.

49.     As a proximate result of the above-described publication, Plaintiff has suffered a loss of her reputation, spoiling of her brand, loss of income and revenue, shame, mortification, and injury to her feelings, all to her damage in the total amount to be established by proof at trial.

12

**FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM**
NYSCEF DOC. NO. 1

INDEX NO. 159824/2019
RECEIVED NYSCEF: 10/08/2019

50.     The above-described publication is not privileged because it was published by Defendants with malice, hatred, and ill will toward Plaintiff and the desire to injure her. Because of Defendants' malice in publishing these false statements, Plaintiff seeks punitive damages in the amount of $1 million or a total amount to be established by proof at trial.

### THIRD CAUSE OF ACTION
### Intentional Infliction of Emotional Distress

51.     Plaintiff incorporates each and every allegation of this complaint and re-alleges them as though they were fully set forth herein.

52.     On or around October 10, 2018, Defendants engaged in an effort to damage Plaintiff's reputation and interfere with her wellbeing in any way possible. Defendants posted, published, and disseminated an article containing false statements concerning Plaintiff. Specifically, the patently false allegations published by Defendants include, but are not limited to (1) that Plaintiff does not possess the requisite credentials necessary to be considered a Doctor; (2) that Plaintiff does not have a psychology degree; and (3) that Plaintiff lied about her credentials on numerous occasions.

53.     Defendants knew or had reason to know that all of these representations are false and published them with the intent to destroy Plaintiff's reputation in the political community, as well as in the community at large. By publishing the Article containing false statements accusing Plaintiff of not having a PhD, of not having a psychology degree, and of lacking other credentials necessary to be considered a professional with a background in psychology, Defendants caused Plaintiff to suffer a loss of her reputation, spoiling of her brand, loss of income and revenue, shame, mortification, and injury to her feelings.

54.     Subsequent to the publishing of the false allegations, televised news outlets including, but not limited to Fox News, CNN, and MSNBC canceled and/or declined to book Plaintiff for segments and appearances. Additionally, subsequent to the publishing of the defamatory article, a

13

FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM
NYSCEF DOC. NO. 1

INDEX NO. 159824/2019
RECEIVED NYSCEF: 10/08/2019

prominent good paying important job offering, ultimately did not materialize in the end. As a direct result of these cancelations and/or declinations, Plaintiff has suffered, and continues to suffer, a loss of her reputation, spoiling of her brand, loss of income and revenue, shame, mortification, and injury to her feelings. To date, Plaintiff remains unemployed and has failed to obtain any meaningful employment, as a direct result of Defendants' false statements.

55.     As a direct result of Defendants' conduct, Plaintiff has also suffered, and continues to suffer, from a variety of trauma including, but not limited to, sleep deprivation, and migraines, which Plaintiff has been unable to adequately address.

56.     But for the publication of the false allegations, Plaintiff would never have experienced these economic and psychological injuries.

## FOURTH CAUSE OF ACTION
### Tortious Interference with Existing Business Relations

57.     Plaintiff incorporates each and every allegation of this complaint and re-alleges them as though they were fully set forth herein.

58.     Plaintiff had a business relationship with Amazon.com, Inc. ("Amazon").

59.     At all times relevant herein, Defendants knew that Plaintiff had a business relationship with Amazon.

60.     Specifically, on or about September 4, 2018, Amazon began selling Dr. Loudon's third book entitled *Mad Politics: Keeping Your Sanity in a World Gone Crazy*. Shortly after Dr. Loudon's book was published, the Daily Beast published the defamatory and libelous Article falsely impugning Dr. Loudon's professional credentials.

61.     As described above, Defendants directly targeted and interfered with the business relationship between Plaintiff and Amazon. Indeed, Dr. Loudon's Amazon sales precipitously dropped after the Daily Beast's dissemination of its false reports intended to discredit Plaintiff by

14

FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM

NYSCEF DOC. NO. 1

INDEX NO. 159824/2019

RECEIVED NYSCEF: 10/08/2019

casting doubt upon her credentials. With declining sales, Amazon billing and placement were negatively affected causing a further spiraling affect and significant financial damage. Additionally, other jobs and lucrative opportunities fell by the wayside after the Daily Beast's hatchet job which was repeated by others once it was published and republished.

62.     The Defendants interfered solely out of malice and/or for the sole purpose of inflicting intentional harm on Plaintiff.

63.     The Defendants' interference amounted to extreme and unfair economic pressure or was otherwise wrongful under applicable law.

64.     Despite the stellar sales and reviews of Dr. Loudon's first two books, as a direct result of the Defendants' conduct, the sales of Dr. Loudon's third book plummeted and the reviews were scathing, often citing to Dr. Loudon's purported lack of credentials, as falsely depicted in the Article.

65.     The false and defamatory statements contained in the Article were widely disseminated and directed toward the public including, but not limited to, individuals and entities known to have business relationships with Dr. Loudon with the sole intent of impinging upon their contractual relations with Plaintiff.

66.     As a direct result of Defendants' false and defamatory publication about Plaintiff, Amazon deemphasized its business relationship with Dr. Loudon. Lest there be any doubt, after the Article was published, Amazon removed Dr. Loudon's book from prominent placement on its website. This diminished treatment is proof positive that the negative reviews and plummeting sales were the direct result of Defendants' publication of the Article.  Because Amazon deemphasized its marketing of Dr. Loudon's book, she lost the income, revenue and acclaim historically associated

15

FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM

NYSCEF DOC. NO. 1

INDEX NO. 159824/2019

RECEIVED NYSCEF: 10/08/2019

with her book sales including, but not limited to, being included on the New York Times "Best Sellers" list.

67.     Defendants' false and defamatory statements qualify as wrongful conduct sufficient to allege a tortious interference with business relations claim.

68.     As a result of Defendants' statements, Dr. Loudon has sustained damages in an amount to be determined at trial.

## FIFTH CAUSE OF ACTION
### Tortious Interference with Prospective Business Relations

69.     Plaintiff incorporates each and every allegation of this complaint and re-alleges them as though they were fully set forth herein.

70.     Plaintiff had business relationships with many television outlets including, but not limited to, news and entertainment shows on Fox News, CNN and MSNBC.

71.     At all times relevant herein, Defendants knew that Fox News, CNN and MSNBC were engaged in separate business relationships with Plaintiff.

72.     As described above, Defendants directly targeted and interfered with the business relationships between the Plaintiff and Fox News, CNN, and MSNBC.

73.     The Defendants interfered with these business relationships solely out of malice and/or for the sole purpose of inflicting intentional harm on Plaintiff.

74.     The Defendants' interference amounted to extreme and unfair economic pressure or was otherwise wrongful under applicable law.

75.     As a direct result of the Defendants' interference, Fox News, CNN, and MSNBC each stopped booking Plaintiff for appearances on their networks.

76.     As a direct result of Defendants' interference, Plaintiff lost prospective economic relationships that would have expanded to other television and news outlets.

16

FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM

NYSCEF DOC. NO. 1

INDEX NO. 159824/2019

RECEIVED NYSCEF: 10/08/2019

77.    As a direct result of the Defendants' interference, Plaintiff lost prospective economic

relationships in renewed invitations from Fox News, CNN, and MSNBC.

78.    As a direct and proximate result of Defendants' tortious interference, Plaintiff sustained

severe economic and non-economic damages

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial as to all issues so triable.

## PRAYER FOR RELIEF

**WHEREFORE**, upon all of the facts, allegations, and causes of action as set forth and

alleged herein, Plaintiff respectfully requests that this Court:

1. Grant judgement against Defendants as to each and every cause of action herein alleged;
2. Grant compensatory damages in the amount of TWENTY-FIVE MILLION dollars;
3. Grant punitive damages;
4. Grant interest as authorized by law;
5. Grant costs of suit; and
6. Grant such other and further relief as this Court may deem just, proper and equitable.

DATED: October 8, 2019
         Garden City, New York

**GERSTMAN SCHWARTZ, LLP**

By: _____

David M. Schwartz, Esq
1399 Franklin Avenue, Suite 200
Garden City, New York 11530
Tel. No.: (516) 880-8170
dschwartz@GerstmanSchwartz.com
*Attorneys for Plaintiff*

17

FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM

NYSCEF DOC. NO. 2

INDEX NO. 159824/2019

RECEIVED NYSCEF: 10/08/2019

# EXHIBIT A

**FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM**
NYSCEF DOC. NO. 2

INDEX NO. 159824/2019
RECEIVED NYSCEF: 10/08/2019



*DOCTOR WHO?*

# Trump Adviser Gina Loudon's Book Claims She Has a Ph.D. in Psychology. She Doesn't.

Gina Loudon's book jacket proclaims she's 'America's favorite psychological expert.' The problem? She doesn't have the credentials to be one.

**Tanya Basu**

Senior Editor, Science

Updated 10.10.18 11:59AM ET Published 09.13.18 5:07AM ET

FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM

NYSCEF DOC. NO. 2

INDEX NO. 159824/2019

RECEIVED NYSCEF: 10/08/2019



Gina Loudon, the Republican commentator and author, recently declared that she has scientific evidence that Donald Trump might be the "most sound-minded" president in history. It's a claim that might carry more weight if her new book didn't falsely describe her as having a doctorate in psychology.

Loudon, who worked as a surrogate for the Trump campaign and frequently appears on the airwaves to defend the president, obtained a Ph.D in a field called "human and organization systems" from an online school called Fielding Graduate University.

Loudon, 58, who often refers to herself as "Dr. Gina," does not have a psychology degree or license.

But the author's bio on the jacket of her new book, *Mad Politics: Keeping Your Sanity in a World Gone Crazy*—which contains theories that experts say have been dismissed by scientific research—states she has two masters' degrees "as well as a Ph.D in psychology."

FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM    INDEX NO. 159824/2019
NYSCEF DOC. NO. 2                                    RECEIVED NYSCEF: 10/08/2019

The text on the front flap refers to her as "America's favorite psychological expert," and one of the blurbs inside gushes that she "has the depth of a credentialed psychoanalyst."

Inside the book, Loudon—a member of Trump's 2020 campaign Media Advisory Board—admits she does not have clinical training. "My gut instincts, which have nothing to do with my professional training, are pretty solid," she writes.

The publishing company, Regnery, told The Daily Beast it takes responsibility for the erroneous descriptions.

"The jacket copy was written by Regnery, not Gina," Alyssa Cordova, senior director of publicity at Regnery Publishing, said in an email. "As Human and Organizational Systems is a field of psychology, we simplified that simply as 'psychology.' We will be updating with the specific degree description on future printings and online marketing copy to avoid further confusion."

Asked whether Loudon saw and signed off on the jacket copy before publication, as is customary in publishing, Cordova did not respond. Loudon also did not respond to repeated requests for comment about her educational background, the content of her book, and her claims about Trump's mental state.

But last week, appearing on *The Sean Hannity Show* on Fox News Channel, Loudon had plenty to say about it.

She told host Sean Hannity, a close friend who wrote the foreword to the book, that the anonymous "senior official" who wrote a Trump-bashing op-ed for *The New York Times* was an example of what she calls "Trump derangement syndrome."

Then she took a deep breath.

**FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM**
NYSCEF DOC. NO. 2

INDEX NO. 159824/2019
RECEIVED NYSCEF: 10/08/2019

"But my book actually uses science and real data and true psychological theory to explain why it is quite possible that this president is the most sound-minded person to ever occupy the White House," she said.

Hannity interjected: "Literally, liberals' heads are going to explode at what you said!"

Jim Sliwa, spokesman for the American Psychological Association, told The Daily Beast that "psychological assessments should only be done by a psychologist who has a <u>license to practice in the state</u> in which they are doing the assessment."

Florida, where Loudon lives, is not exempt to that rule. Jacqueline Hobbs, president of the Florida Psychiatric Society, said that Loudon lacks the academic degree to judge the mental health of a person.

"The degree looks non-clinical which would preclude assessment of mental health," Hobbs said, adding, "No mental health professional should discuss an individual's mental health without their permission and a face to face evaluation."

Sliwa said one of the association psychologists looked at the Fielding program where Loudon got her degree.

## "One of the blurbs inside the book gushes that she 'has the depth of a credentialed psychoanalyst.'"

"While it may be related to psychology, it doesn't appear to qualify as a field of psychological study for the purposes of licensure," he said. "It also does not appear to offer

**FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM**
NYSCEF DOC. NO. 2

INDEX NO. 159824/2019
RECEIVED NYSCEF: 10/08/2019

any coursework in assessment or abnormal psychology which would be necessary to conduct a valid assessment."

The Daily Beast reviewed *Mad Politics* looking for the "science and real data and true psychological theory" Loudon cited in her assessment of Trump. She focuses on it in Chapter 10, titled, "Crazy Like a Fox: The Making of the Most Extraordinary President in History."

# Claim: Narcissism isn't a bad word

Many have called Trump a narcissist, but Loudon says that's not necessarily a bad thing.

"The term 'narcissism' is overused and under-defined," she writes, adding that a test she took in graduate school put her on the narcissist spectrum.

She argues that the absence of "tragic childhood experience," childhood abuse, or animal abuse and torture in Trump's background means he is not antisocial. "I've watched him for hours. He laughs, jokes, and enjoys that time. He invites those he knows in the room to come over to his table, calling them across the room to come say hello. He engages transparently and authentically. He lavishes praise on others. That is not the behavior of someone deeply troubled," she writes.

Research shows that leaders often display signs of narcissism, and a 2013 paper in *Psychological Science* said narcissism is a common trait among successful presidents.

But Dan P. McAdams, a psychology professor at Northwestern University whose research focuses on adult personality, said Loudon's analysis "seems slanted and naive to me."

**FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM**

NYSCEF DOC. NO. 2

INDEX NO. 159824/2019

RECEIVED NYSCEF: 10/08/2019

Loudon "skates close" when she invokes the Diagnostic and Statistical Manual of Mental Disorders, a manual for mental health clinicians, and declares that Trump doesn't have narcissistic personality disorder. Such a statement would require a clinical diagnosis— something neither McAdams (a psychologist with no clinical training) nor Loudon are qualified to do by professional standards.

"Clinical diagnosis connotes mental 'illness,'" McAdams said. "It traffics in ideas like psychosis and mental disorders. These concepts are medical concepts"—ones that require an in-person evaluation by a clinician, he said.

# *Claim: Birth order made Trump great*

Citing "anecdotal research," Loudon writes that one key to Trump's mental fitness is the fact that he is the fourth of five children. "Birth order seems to be the foundation for all other factors that create and define the psychology of the person" she writes, citing the book *Life's Fingerprint* by Robert V. V. Hurst—a trained dentist who studied his dental patients.

A meta-analysis in 2015 published in the *Proceedings of the National Academy of Sciences* looked at sibling studies, involving 20,000 people. Extensive surveying of personality type, intelligence tests, and economic outcomes showed showed that while older kids tended to slightly outscore their younger siblings on intelligence tests, there was no indication that birth order had anything to do with life outcomes and mental health.

Brothers and sisters form important bonds and shape children's futures, but a person's "sound-mindedness" does not come from birth order, experts say.

**FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM**

NYSCEF DOC. NO. 2

INDEX NO. 159824/2019

RECEIVED NYSCEF: 10/08/2019

# *Claim: Personality test shows Trump a 'commander'*

Loudon says personality type is "the most compelling predictor of future behavior" and she uses the categories in the Myers-Briggs Type Indicator, a questionnaire that assigns letters to certain traits, to analyze Trump.

She concludes that Trump's Myers-Briggs type is ENTJ and points to a description on Personalities.com that dubs this combination "the commander."

"The ENTJ has mad presidential skills!" she enthuses.

Merve Emre, the author of *The Personality Brokers: The Strange History of Myers-Briggs and the Birth of Personality Testing*, said someone who uses the Myers' Briggs for assessment is supposed be trained and certified by the Myers-Briggs' Training Institute. It's not clear if Loudon has any such training.

While Myers-Briggs is widely used by schools, employers and others, researchers have repeatedly debunked its usefulness. It's built off Carl Jung's theories of personality, which he himself had doubts about, and most psychologists agree it has no power to predict how compatible people are with each other or with jobs.

"I think Loudon's exercise is a highly dubious one," Emre told The Daily Beast. "Even if you believe that MBTI's language of type offers a valid or productive way to discuss personality, typing someone from afar introduces all kinds of biases.

"In Loudon's case, it is clear that she is cherry-picking her examples of Trump's behavior to justify the conclusions she's already drawn about him. (Her conclusions, her arguments,

**FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM**
NYSCEF DOC. NO. 2

INDEX NO. 159824/2019
RECEIVED NYSCEF: 10/08/2019

and her evidence are, frankly, idiotic. Is Trump really 'wildly successful'? Where is the evidence that Trump 'knows to use calculations based on solid data' to make public policy decisions? Would the logic of gun confiscation really require us to confiscate cars?) This all seems like right wing ideology draped in the language of pseudo-science. I wouldn't take it seriously."

# *"Her conclusions, her arguments, and her evidence are, frankly, idiotic."*

**— Merve Emre, author, 'The Personality Brokers: The Strange History of Myers-Briggs and the Birth of Personality Testing'**

Loudon's conclusions come with a caveat. At the beginning of the Trump chapter, she writes: "It is impossible and unethical to diagnose someone without a full, clinical diagnostic, workup, which includes various inventories, interviews, and analysis."

That's a nod to the so-called Goldwater Rule, adopted by the American Psychiatric Association, after then-presidential candidate Barry Goldwater sued the editor of *Fact* magazine in 1964 for libel after an article based on a poll of 1,189 psychiatrists about Goldwater's mental fitness.

"That's a principle I take seriously, although many inside and outside the mental health professions publicly babble on about the president's mental fitness," Loudon writes.

"Though I have spoken with the president socially, I have never had any sort of clinical access to him, nor have I had any access to any inventories he may have taken, nor have I ever interviewed him in a clinical capacity. In fact, I don't even do clinical work. I am a researcher and I have done counseling, but I only do so far [sic] charities today. "

FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM

NYSCEF DOC. NO. 2

INDEX NO. 159824/2019

RECEIVED NYSCEF: 10/08/2019

In recent years, Loudon has repeatedly referred to herself as working in the field of psychology. "In my profession going back years as somebody who does psychological analysis I've seen derangement and people lose touch many times," she told Hannity on May 26. On April 14, she told Fox Business' Lou Dobbs: "We call it psychological projection in my field, Lou."

Loudon earned her bachelor's degree at William Woods University. She attended Saint Louis University from 1992 to 1997 and received a Master of Arts in Education in January 1998, a spokeswoman for Saint Louis University said.

On her website, Loudon claims her master's was taken away due to unspecified "political reasons," then reinstated. Saint Louis University said it could not comment further without her permission.

A spokesperson for Fielding Graduate University said Loudon graduated in 1999 with a Ph.D and another master's degree. Her LinkedIn also mentions certifications in body language interpretation and hypnotherapy—two areas that have been criticized as pseudoscience by scientists.



**Tanya Basu**

Senior Editor, Science

@tanyabasu

FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM          INDEX NO. 159824/2019
NYSCEF DOC. NO. 2                                        RECEIVED NYSCEF: 10/08/2019

FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM    INDEX NO. 159824/2019
NYSCEF DOC. NO. 2    RECEIVED NYSCEF: 10/08/2019

Trump Adviser Gina Loudon's Book Claims She Has a Ph.D. in Psychology. She Doesn't.



### DOCTOR WHO?

# Trump Adviser Gina Loudon's Book Claims She Has a Ph.D. in Psychology. She Doesn't.

Gina Loudon's book jacket proclaims she's 'America's favorite psychological expert.' The problem? She doesn't have the credentials to be one.

Tanya Basu    Updated 10.10.18 11:59AM ET
Senior Editor, Science Published 09.13.18 5:07AM ET



EXCLUSIVE

JOIN
EXCLUSIVE CONTENT
MY ACCOUNT
LOG OUT

Harry and Meghan Dig In for a Long, Bloody Tabloid War
TOM SYKES

FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM     INDEX NO. 159824/2019
NYSCEF DOC. NO. 2                                      RECEIVED NYSCEF: 10/08/2019

Trump Adviser Gina Loudon's Book Claims She Has a Ph.D. in Psychology. She Doesn't.

**DAILY BEAST**

NEWSLETTERS     JOIN     LOG IN

POLITICS   ENTERTAINMENT   WORLD NEWS   HALF FULL   CULTURE   U.S. NEWS   INNOVATION   SCOUTED   TRAVEL

sound-minded" president in history. It's a claim that might carry more weight if her new book didn't falsely describe her as having a doctorate in psychology.

Loudon, who worked as a surrogate for the Trump campaign and frequently appears on the airwaves to defend the president, obtained a Ph.D in a field called "human and organization systems" from an online school called Fielding Graduate University.

ADVERTISING

Politburo, All Disaster
MICHAEL TOMASKY

Send Flowers     Send Flowers     Send Flowers

Send Flowers     Send Flowers     Send Flowers

Send Flowers     Send Flowers     Send Flowers

Send Flowers     Send Flowers

Replay

Loudon, 58, who often refers to herself as "Dr. Gina," does not have a psychology degree or license.

But the author's bio on the jacket of her new book, *Mad Politics: Keeping Your Sanity in a World Gone Crazy*—which contains theories that experts say have been dismissed by scientific research—states she has two masters' degrees "as well as a Ph.D in psychology."

The text on the front flap refers to her as "America's favorite psychological expert," and one of the blurbs inside gushes that she "has the depth of a credentialed psychoanalyst."

JOIN
EXCLUSIVE CONTENT
MY ACCOUNT
LOG OUT

FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM     INDEX NO. 159824/2019

NYSCEF DOC. NO. 2                                                      RECEIVED NYSCEF: 10/08/2019

Trump Adviser Gina Loudon's Book Claims She Has a Ph.D. in Psychology. She Doesn't

BEAST INSIDE
Dig Deeper
JOIN NOW

DAILY BEAST     NEWSLETTERS     JOIN     LOG IN

POLITICS     ENTERTAINMENT     WORLD NEWS     HALF FULL     CULTURE     U.S. NEWS     INNOVATION     SCOUTED     TRAVEL     🔍

The publishing company, Regnery, told The Daily Beast it takes responsibility for the erroneous descriptions.

"The jacket copy was written by Regnery, not Gina," Alyssa Cordova, senior director of publicity at Regnery Publishing, said in an email. "As Human and Organizational Systems is a field of psychology, we simplified that simply as 'psychology.' We will be updating with the specific degree description on future printings and online marketing copy to avoid further confusion."

ADVERTISING

◯ Replay

Asked whether Loudon saw and signed off on the jacket copy before publication, as is customary in publishing, Cordova did not respond. Loudon also did not respond to repeated requests for comment about her educational background, the content of her book, and her claims about Trump's mental state.

But last week, appearing on *The Sean Hannity Show* on Fox News Channel, Loudon had plenty to say about it.

JOIN
EXCLUSIVE CONTENT
MY ACCOUNT
LOG OUT

FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM
NYSCEF DOC. NO. 2

INDEX NO. 159824/2019

RECEIVED NYSCEF: 10/08/2019

Trump Adviser Gina Loudon's Book Claims She Has a Ph.D. in Psychology She Doesn't

DAILY BEAST

NEWSLETTERS    JOIN    LOG IN

POLITICS  ENTERTAINMENT  WORLD NEWS  HALF FULL  CULTURE  U.S. NEWS  INNOVATION  SCOUTED  TRAVEL

syndrome."

Then she took a deep breath.

RELATED IN SCIENCE



Climate Anxiety
Groups Are the
New Self-Care



How Genetics,
Hormones, and
Aging Affect
Hair Growth



A Case for
Embracing—Not
Shying Away
from
Menopausal
Changes

"But my book actually uses science and real data
and true psychological theory to explain why it is
quite possible that this president is the most
sound-minded person to ever occupy the White
House," she said.

Hannity interjected: "Literally, liberals' heads are
going to explode at what you said!"

Jim Sliwa, spokesman for the American
Psychological Association, told The Daily Beast
that "psychological assessments should only be
done by a psychologist who has a license to
practice in the state in which they are doing the
assessment."

JOIN
EXCLUSIVE CONTENT
MY ACCOUNT
LOG OUT

FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM
NYSCEF DOC. NO. 2

INDEX NO. 159824/2019

RECEIVED NYSCEF: 10/08/2019

 

NEWSLETTERS    JOIN    LOG IN

POLITICS   ENTERTAINMENT   WORLD NEWS   HALF FULL   CULTURE   U.S. NEWS   INNOVATION   SCOUTED   TRAVEL

"The degree looks non-clinical which would preclude assessment of mental health," Hobbs said, adding, "No mental health professional should discuss an individual's mental health without their permission and a face to face evaluation."

Sliwa said one of the association psychologists looked at the Fielding program where Loudon got her degree.



> ## "One of the blurbs inside the book gushes that she 'has the depth of a credentialed psychoanalyst.'"

"While it may be related to psychology, it doesn't appear to qualify as a field of psychological study for the purposes of licensure," he said. "It also does not appear to offer any coursework in assessment or abnormal psychology which would be necessary to conduct a valid assessment."

The Daily Beast reviewed *Mad Politics* looking for the "science and real data and true psychological theory" Loudon cited in her assessment of Trump. She focuses on it in Chapter 10, titled, "Crazy Like a Fox: The Making of the Most Extraordinary President in History."

## Claim: Narcissism isn't a bad word

JOIN
EXCLUSIVE CONTENT
MY ACCOUNT
LOG OUT

FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM
NYSCEF DOC. NO. 2

INDEX NO. 159824/2019
RECEIVED NYSCEF: 10/08/2019

Trump Adviser Gina Loudon's Book Claims She Has a Ph.D. in Psychology. She Doesn't



DAILY BEAST

NEWSLETTERS     JOIN     LOG IN

POLITICS   ENTERTAINMENT   WORLD NEWS   HALF FULL   CULTURE   U.S. NEWS   INNOVATION   SCOUTED   TRAVEL

graduate school put her on the narcissist spectrum.

She argues that the absence of "tragic childhood experience," childhood abuse, or animal abuse and torture in Trump's background means he is not antisocial. "I've watched him for hours. He laughs, jokes, and enjoys that time. He invites those he knows in the room to come over to his table, calling them across the room to come say hello. He engages transparently and authentically. He lavishes praise on others. That is not the behavior of someone deeply troubled," she writes.

Research shows that leaders often display signs of narcissism, and a 2013 paper in *Psychological Science* said narcissism is a common trait among successful presidents.

But Dan P. McAdams, a psychology professor at Northwestern University whose research focuses on adult personality, said Loudon's analysis "seems slanted and naive to me."

Loudon "skates close" when she invokes the Diagnostic and Statistical Manual of Mental Disorders, a manual for mental health clinicians, and declares that Trump doesn't have narcissistic personality disorder. Such a statement would require a clinical diagnosis—something neither McAdams (a psychologist with no clinical training) nor Loudon are qualified to do by professional standards.

"Clinical diagnosis connotes mental 'illness,'" McAdams said. "It traffics in ideas like psychosis and mental disorders. These concepts are medical concepts"—ones that require an in-person evaluation by a clinician, he said.

JOIN

EXCLUSIVE CONTENT

MY ACCOUNT

LOG OUT

FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM          INDEX NO. 159824/2019
NYSCEF DOC. NO. 2                                          RECEIVED NYSCEF: 10/08/2019

Trump Advisor Gina Loudon's Book Claims She Has a Ph.D. in Psychology. She Doesn't.



NEWSLETTERS    JOIN    LOG IN

POLITICS    ENTERTAINMENT    WORLD NEWS    HALF FULL    CULTURE    U.S. NEWS    INNOVATION    SCOUTED    TRAVEL    🔍

Citing "anecdotal research," Loudon writes that one key to Trump's mental fitness is the fact that he is the fourth of five children. "Birth order seems to be the foundation for all other factors that create and define the psychology of the person" she writes, citing the book *Life's Fingerprint* by Robert V. V. Hurst—a trained dentist who studied his dental patients.

A meta-analysis in 2015 published in the *Proceedings of the National Academy of Sciences* looked at sibling studies, involving 20,000 people. Extensive surveying of personality type, intelligence tests, and economic outcomes showed showed that while older kids tended to slightly outscore their younger siblings on intelligence tests, there was no indication that birth order had anything to do with life outcomes and mental health.

Brothers and sisters form important bonds and shape children's futures, but a person's "sound-mindedness" does not come from birth order, experts say.

## Claim: Personality test shows Trump a 'commander'

Loudon says personality type is "the most compelling predictor of future behavior" and she uses the categories in the Myers-Briggs Type Indicator, a questionnaire that assigns letters to certain traits, to analyze Trump.

She concludes that Trump's Myers-Briggs type is ENTJ and points to a description on

JOIN
EXCLUSIVE CONTENT
MY ACCOUNT
LOG OUT

FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM
NYSCEF DOC. NO. 2

INDEX NO. 159824/2019
RECEIVED NYSCEF: 10/08/2019

Trump Adviser Gina Loudon's Book Claims She Has a Ph.D. in Psychology, She Doesn't

**DAILY BEAST** 

NEWSLETTERS    JOIN    LOG IN

POLITICS    ENTERTAINMENT    WORLD NEWS    HALF FULL    CULTURE    U.S. NEWS    INNOVATION    SCOUTED    TRAVEL

Merve Emre, the author of *The Personality Brokers: The Strange History of Myers-Briggs and the Birth of Personality Testing*, said someone who uses the Myers' Briggs for assessment is supposed be trained and certified by the Myers-Briggs' Training Institute. It's not clear if Loudon has any such training.

While Myers-Briggs is widely used by schools, employers and others, researchers have repeatedly debunked its usefulness. It's built off Carl Jung's theories of personality, which he himself had doubts about, and most psychologists agree it has no power to predict how compatible people are with each other or with jobs.

"I think Loudon's exercise is a highly dubious one," Emre told The Daily Beast. "Even if you believe that MBTI's language of type offers a valid or productive way to discuss personality, typing someone from afar introduces all kinds of biases.

"In Loudon's case, it is clear that she is cherry-picking her examples of Trump's behavior to justify the conclusions she's already drawn about him. (Her conclusions, her arguments, and her evidence are, frankly, idiotic. Is Trump really 'wildly successful'? Where is the evidence that Trump 'knows to use calculations based on solid data' to make public policy decisions? Would the logic of gun confiscation really require us to confiscate cars?) This all seems like right wing ideology draped in the language of pseudo-science. I wouldn't take it seriously."



*"Her conclusions, her arguments, and her*

JOIN
EXCLUSIVE CONTENT
MY ACCOUNT
LOG OUT

FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM
NYSCEF DOC. NO. 2

INDEX NO. 159824/2019

RECEIVED NYSCEF: 10/08/2019

Trump Adviser Gina Loudon's Book Claims She Has a Ph.D. in Psychology She Doesn't

 **Dig Deeper** **DAILY BEAST** NEWSLETTERS JOIN LOG IN

POLITICS   ENTERTAINMENT   WORLD NEWS   HALF FULL   CULTURE   U.S. NEWS   INNOVATION   SCOUTED   TRAVEL

Brokers: The Strange History of Myers-Briggs and the Birth of Personality Testing'

Loudon's conclusions come with a caveat. At the beginning of the Trump chapter, she writes: "It is impossible and unethical to diagnose someone without a full, clinical diagnostic, workup, which includes various inventories, interviews, and analysis."

That's a nod to the so-called Goldwater Rule, adopted by the American Psychiatric Association, after then-presidential candidate Barry Goldwater sued the editor of *Fact* magazine in 1964 for libel after an article based on a poll of 1,189 psychiatrists about Goldwater's mental fitness.

"That's a principle I take seriously, although many inside and outside the mental health professions publicly babble on about the president's mental fitness," Loudon writes.

"Though I have spoken with the president socially, I have never had any sort of clinical access to him, nor have I had any access to any inventories he may have taken, nor have I ever interviewed him in a clinical capacity. In fact, I don't even do clinical work. I am a researcher and I have done counseling, but I only do so far [sic] charities today. "

In recent years, Loudon has repeatedly referred to herself as working in the field of psychology. "In my profession going back years as somebody who does psychological analysis I've seen derangement and people lose touch many times," she told Hannity on May 26. On April 14, she told Fox Business' Lou Dobbs: "We call it psychological projection in my field, Lou."

JOIN
EXCLUSIVE CONTENT
MY ACCOUNT
LOG OUT

FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM    INDEX NO. 159824/2019

NYSCEF DOC. NO. 2                                    RECEIVED NYSCEF: 10/08/2019



DAILY BEAST

NEWSLETTERS    JOIN    LOG IN

POLITICS   ENTERTAINMENT   WORLD NEWS   HALF FULL   CULTURE   U.S.NEWS   INNOVATION   SCOUTED   TRAVEL

On her website, Loudon claims her master's was taken away due to unspecified "political reasons," then reinstated. Saint Louis University said it could not comment further without her permission.

A spokesperson for Fielding Graduate University said Loudon graduated in 1999 with a Ph.D and another master's degree. Her LinkedIn also mentions certifications in body language interpretation and hypnotherapy—two areas that have been criticized as pseudoscience by scientists.



Tanya Basu
Senior Editor, Science
@tanyabasu

Got a tip? Send it to The Daily Beast here.

FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM

NYSCEF DOC. NO. 3

INDEX NO. 159824/2019

RECEIVED NYSCEF: 10/08/2019

# EXHIBIT B

FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM

NYSCEF DOC. NO. 3

INDEX NO. 159824/2019

RECEIVED NYSCEF: 10/08/2019



FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM          INDEX NO. 159824/2019
NYSCEF DOC. NO. 3                                         RECEIVED NYSCEF: 10/08/2019



FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM

NYSCEF DOC. NO. 3

INDEX NO. 159824/2019

RECEIVED NYSCEF: 10/08/2019

# Saint Louis University

To all to whom these presents may come, greetings in the Lord.
The President and Board of Trustees,
on the recommendation of the Dean and Faculty of the

## School of Education

confer upon

### Gina Loudon

the degree of

## Master of Arts

Education

with all the rights and privileges pertaining to that degree.
In witness whereof we have signed our names and affixed the Seal
of the University to this diploma at Saint Louis, Missouri,
on this ninth day of January, nineteen hundred ninety-eight.

President

Chairman



Dean

Secretary

FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM

NYSCEF DOC. NO. 3

INDEX NO. 159824/2019

RECEIVED NYSCEF: 10/08/2019



# William Woods University

Fulton     Missouri

This is to Certify That

Gina Loudon

has pursued and completed in a satisfactory manner the course of study
prescribed by this institution, and with this scholastic attainment is entitled to
the degree of

Bachelor of Arts

and all the rights, privileges and responsibilities pertaining thereunto.
In Testimony of the authority of the Board of Trustees, and
the Faculty of the said William Woods University at Fulton, Missouri
signed this twelfth day of May, A.D. nineteen hundred and ninety.

MAGNA CUM LAUDE

President

FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM
NYSCEF DOC. NO. 3

INDEX NO. 159824/2019
RECEIVED NYSCEF: 10/08/2019



FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM

NYSCEF

INDEX NO. 159824/2019

RECEIVED NYSCEF: 10/08/2019



FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM

NYSCEF DOC. NO. 3

INDEX NO. 159824/2019

RECEIVED NYSCEF: 10/08/2019

**FILED: NEW YORK COUNTY CLERK 10/08/2019 04:42 PM**

NYSCEF DOC. NO. 3

INDEX NO. 159824/2019

RECEIVED NYSCEF: 10/08/2019

William Woods University

WILLIAM WOODS
UNIVERSITY

ID: 29343
Name: Gina Loucon
SSN: ###-##-####
Address: 503 Everria
West Palm Beach, FL 33401