**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GINA LOUDON,

                                Plaintiff,

-against-

DAILY BEAST COMPANY LLC, et al.,

                                Defendants.

Index No.: 1:19-cv-9414-VM

**NOTICE OF APPEARANCE**

ECF Case

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that Jacquelyn N. Schell, undersigned counsel with Ballard Spahr LLP, hereby enters her appearance as counsel in this civil action on behalf of Defendants Daily Beast Company LLC, IAC/InterActiveCorp, and Tanya Basu.  Any and all further correspondence directed to this entity regarding this civil action, and any pleadings or other filings, may be served on undersigned counsel at the address below.

Dated:  New York, New York
              October 11, 2019

Respectfully submitted,

BALLARD SPAHR LLP

By:   */s/ Jacquelyn N. Schell*
      Jacquelyn N. Schell
      1675 Broadway, 19th Floor
      New York, NY 10019
      Tel: (646) 346-8048
      Fax: (212) 223-1942
      schellj@ballardspahr.com

*Counsel for Defendants*