# GERSTMAN SCHWARTZ LLP
## ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/26/2019

December 23, 2019

Application Granted

*[signature]*

Part 1

VIA FAX (212) 805-6382
Hon. Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street, Suite 1040
New York, New York 10007

Re: *Loudon v. The Daily Beast Company, LLC, et al.*, No. 19-cv-9414 (S.D.N.Y)

Dear Judge Marrero:

The undersigned represents Dr. Gina Loudon ("Plaintiff") in the above-referenced matter. This letter is submitted in accordance with Rules I(F) and II(B)(1) of Your Honor's Individual Practices in response to The Daily Beast Company LLC's ("The Daily Beast) and IAC/InteractiveCorp's ("IAC") (collectively, "Defendants") letter setting forth Plaintiff's purported pleading deficiencies pursuant to Your Honor's Individual Practices Rule II(B)(1).

Plaintiff respectfully requests an additional seven days to respond to Defendants' letter, which was served on December 20, 2019. We would greatly appreciate the Court's accommodation of this request. As circumstances would have it, both lead and trial counsel are out of the country for the holidays. We have conferred with Defendants' counsel and they do not oppose our request.

Thank you for Your Honor's consideration.

Respectfully submitted,

*[signature]*

Randy E. Kleinman, Esq.

CC: Seth D. Berlin (BerlinS@ballardspahr.com)
Jacquelyn N. Schnell (SchellJ@ballardspahr.com)

GERSTMANSCHWARTZ.COM

1399 Franklin Ave, Suite 200, Garden City, NY 11530   OFFICE: (516) 880-8170   FAX: (516) 880-8171