**Ballard Spahr LLP**

1909 K Street, NW
12th Floor
Washington, DC 20006-1157
TEL 202.661.2200
FAX 202.661.2299
www.ballardspahr.com

Seth D. Berlin
Tel: 202.508.1122
berlins@ballardspahr.com

Jacquelyn N. Schell
Tel: 646-346-8048
schellj@ballardspahr.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: March 30, 2020
```

March 27, 2020

<u>Via CM/ECF Filing</u>

The Honorable Victor Marrero
Courtroom 15B
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *Loudon v. The Daily Beast Company LLC, et al.*, **No. 19-cv-9414 (S.D.N.Y.)**

Dear Judge Marrero:

      We write jointly on behalf of the parties to advise the Court that they have reached an agreement in principle to resolve the case and are in the process of finalizing documentation. Accordingly, we jointly request that the upcoming March 31, 2020 deadline for Defendants to submit a letter on the issue of actual malice and the April 10, 2020 deadline for Plaintiff to submit a response be taken off the calendar. We expect that Plaintiff will be filing dismissal papers shortly.

      Thank you for your consideration.

                                  Respectfully submitted,

                                  /s/

                                Seth D. Berlin
                                Jacquelyn N. Schell

                                *Counsel for Defendants*

cc:    Counsel for Plaintiff (via ECF)



SO ORDERED.

March 30, 2020
DATE

VICTOR MARRERO, U.S.D.J.